UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :

MIRACLE VENTRUES I, LP,         :

                      Plaintiff,   :

                            :      21 Civ. 8941 (LGS)

            -against-     :

                            :       **ORDER**

CATHERINE SPEAR, ET AL.,    :

                   Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference is scheduled for February 16, 2022, at 4:20

P.M.

      WHEREAS, a briefing schedule has been set for Defendants' motion to dismiss.

      WHEREAS, all discovery is stayed pending the conference.  It is hereby

      **ORDERED** that the February 16, 2022, 4:20 P.M. conference is CANCELLED because

there are no issues to discuss.  It is further

      **ORDERED** that all discovery is STAYED pending the resolution of Defendants' motion

to dismiss.

Dated: February 9, 2022
      New York, New York

                                   **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**