**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MIRACLE VENTURES I, LP,

                Plaintiff,

-against-                        21 **CIVIL** 8941 (LGS)

**JUDGMENT**

CATHERINE SPEAR, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2023, Defendants' motion to dismiss is GRANTED. The SAC is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    May 4, 2023

                                                      **RUBY J. KRAJICK**

                                                         _____
                                                              **Clerk of Court**

                                **BY:**   *K. Mango*
                                                              _____
                                                              **Deputy Clerk**